# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alberto Salcido-Romo, Francisco Ramon Miranda, Francisca Garcia-Enriquez, Oscar Ramirez-Gamez

    Plaintiff(s)/Petitioner(s),

vs.

Southern Copper Corporation

    Defendant(s)/Respondent(s)

CASE NO:

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

MC-16-0035-PHX-DLR

FILED ___ LODGED
RECEIVED ___ COPY
APR 11 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Christopher Benoit, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of all Petitioners/Applicants.

**City and State of Principal Residence:** El Paso, Texas
**Firm Name:** The Law Office of Lynn Coyle, PLLC
**Address:** 2515 N. Stanton Avenue    **Suite:**
**City:** El Paso    **State:** Texas    **Zip:** 79902
**Firm/Business Phone:** (915) 532-5544
**Firm Fax Phone:** (915) 532-5566    **E-mail Address:** chris@coylefirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Texas Supreme Court | 11/20/2009 | ☑ Yes ☐ No* |
| U.S. District Court, Western District of Texas | 03/05/2010 | ☑ Yes ☐ No* |
| U.S. Court of Appeals for the Fifth Circuit | 08/24/2014 | ☑ Yes ☐ No* |

*Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| None. | | |

*Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/8/16      [signature]
**Date**      **Signature of Applicant**

Fee Receipt # PHX170611

(Rev. 04/12)

# EXHIBIT A
## ADDITIONAL COURTS OF ADMISSION

United States District Court, Southern District of Texas

    March 18, 2015

    In Good Standing

United States District Court, District of New Mexico

    March 2015

    In Good Standing

# Certificate of Good Standing



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

I, JEANNETTE J. CLACK, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that CHRISTOPHER BENOIT, Bar #2406853, was duly admitted to practice in said Court on March 5, 2010, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on April 4, 2016.

JEANNETTE J. CLACK, Clerk

BY: *Jerisita Ann Rodriguez*