MCGUIREWOODS LLP
GREGORY EVANS (CA SBN 147623)
*Pro Hac Vice*
KEOLA R. WHITTAKER (CA SBN 290640)
*Pro Hac Vice*
Wells Fargo Center
South Tower
355 South Grand Avenue
Suite 4200
Los Angeles, California 90071
Telephone:  (213) 627-2268
Facsimile:   (213) 627-2579
Email: gevans@mcguirewoods.com
Email: kwhittaker@mcguirewoods.com

Attorneys for Respondent SOUTHERN COPPER CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| ALBERTO SALCIDO-ROMO, *et al.*, | CASE NO. CV-16-01639-PHX-DLR |
|---|---|
| Applicants, | **DECLARATION OF KEOLA R. WHITTAKER IN SUPPORT OF SOUTHERN COPPER CORPORATION'S RESPONSE TO COURT ORDER** |
| vs. | |
| SOUTHERN COPPER CORPORATION, | |
| Respondent. | |

**DECLARATION OF KEOLA R. WHITTAKER**

Keola R. Whittaker, pursuant to 28 U.S.C. § 1746, makes the following declaration (the "Declaration") under penalty of perjury.

1. I am over 21 years of age, and I suffer from no legal disability. I am an attorney at McGuireWoods LLP. I am familiar with the above-captioned action as a result of my role as counsel for Respondent Southern Copper Corporation's ("SCC") and I have personal knowledge of the facts stated herein.

2. I submit this declaration in support of SCC's Response to Court Order.

3. On June 16, 2016, I had a meet and confer telephone call with Christopher Benoit, counsel for Petitioners, as required by this Court's Order dated June 10, 2016. We were unable to come to an agreement regarding joint proposed Document Requests or a joint proposed 30(b)(6) Notice (the "Proposed Discovery").

4. I sent a letter to Mr. Benoit on June 16, 2016, setting forth SCC's position regarding the Proposed Discovery. A copy of my June 16, 2016 letter is attached as **Exhibit A**.

5. On June 14, 2016, Mr. Benoit sent me Petitioners' proposed discovery requests by e-mail. Mr. Benoit's e-mail and the proposed discovery requests are attached hereto as **Exhibit B**.

6. SCC's proposed 30(b)(6) Notice is attached as **Exhibit C**. Consistent with this Court's Order, the proposed 30(b)(6) Notice clarifies that SCC is under no duty to produce any person that does not currently reside in the United States.

2

7. SCC's proposed document request is attached as **Exhibit D**. Consistent with this Court's Order, the proposed document request provides that SCC will only be required to search for Electronically Stored Information ("ESI") that was sent, received, or created by U.S.-based employees of SCC.

8. For the Court's convenience, attached as **Exhibit E** is a comparison between Petitioner's proposed 30(b)(6) Notice and SCC's proposed 30(b)(6).

9. For the Court's convenience, attached as **Exhibit F** is a comparison between Petitioner's proposed document requests and SCC's proposed document requests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 16, 2016

                                                Keola R. Whittaker

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christopher Benoit
The Law Office of Lynn Coyle, P.L.L.C.
2515 N. Stanton Street
El Paso, Texas 79902
chris@coylefirm.com

Marco Simons
Earthrights International
1612 K Street N.W., Suite 401
Washington, DC 20006
marco@earthrights.org

/s/ Gregory Evans
Gregory Evans