THE LAW OFFICE OF LYNN COYLE, P.L.L.C.
Christopher Benoit (pro hac vice)
Texas Bar. No. 24068653
chris@coylefirm.com
2515 N. Stanton Street
El Paso, Texas 79902
(915) 532-5544
(915) 532-5566 Facsimile

EARTHRIGHTS INTERNATIONAL
Marco Simons (pro hac vice)
D.C. Bar No. 492713
marco@earthrights.org
1612 K Street N.W., Suite 401
Washington, DC 20006
(202) 466-5188
(202) 466-5189 Facsimile

*Attorneys for Applicants Alberto Salcido Romo, Francisco Ramón Miranda, Francisca Garcia Enriquez, and Oscar Ramírez Gamez*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Salcido Romo, *et al.*,<br><br>Applicants,<br><br>vs.<br><br>Southern Copper Corporation.,<br><br>Respondent. | **Case No. 2:16-cv-01639-DLR**<br><br>**APPLICANTS' NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to Local Rule of Civil Procedure 5.2, Applicants hereby certify that, on this day, they served Applicants' Requests for Production to Southern Copper Corporation on Respondent in the above action via first class mail.

**RESPECTFULLY SUBMITTED this 6th day of July 2016.**

/s/ Christopher Benoit
Christopher Benoit, Esq.
THE LAW OFFICE OF LYNN COYLE, PLLC
Marco Simons, Esq.
EARTHRIGHTS INTERNATIONAL

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of July, 2016, I electronically transmitted the attached document to counsel for Respondent, Gregory Evans and Keola Whittaker, using the CM/ECF.

/s/ Christopher Benoit
Christopher Benoit